■ In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al., Respondents, v BYRON W. BROWN, as Mayor of City of Buffalo, et al., Appellants. (Action No. 2.) [902 NYS2d 480]—Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered January 28, 2009. The order, inter alia, continued a preliminary injunction pending the decision of an arbitrator or December 18, 2009, whichever occurred first.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Meegan v Brown* (74 AD3d 1824 [2010]). Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.